IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN HOWARD, | | |
| Petitioner, | | **8:22CV254** |
| vs. | | |
| ROB JEFFREYS, | | **ORDER** |
| Respondent. | | |

Petitioner John Howard filed a Notice of Appeal (Filing No. 20). But he did not pay the $605 appellate filing fee. (Filing No. 21). He has two choices—he can either pay the filing fee or submit a request to proceed in forma pauperis. Accordingly,

**IT IS ORDERED:**

1. Petitioner is directed to submit the filing and docket fees to the Clerk of the Court or submit a request to proceed in forma pauperis within thirty days of this Order.
2. The Clerk of Court is directed to set a case management deadline in this matter for April 13, 2026 with the following text: Check for motion to proceed in forma pauperis or payment.
3. The Clerk of Court is directed to send a copy of this Order to Petitioner and his attorney of record.

Dated this 13th day of March, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge