IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOHN HOWARD,

Petitioner,                                    **8:22CV254**

vs.

**ORDER**

ROB JEFFREYS,

Respondent.

On April 8, 2025, the Court granted summary judgment in favor of Respondent because the habeas petition filed in this case was barred by the limitations period set forth in 28 U.S.C. § 2244(d).  (Filing No. 16.)  The Court further found that Petitioner was not entitled to a certificate of appealability.  Judgment was entered on April 8, 2025.  (Filing No. 17.)

On February 19, 2026, Petitioner filed a request for a certificate of appealability in this Court, which asked that the Eighth Circuit Court of Appeals grant him a certificate of appealability. (Filing No. 18.)  On March 4, 2026, Petitioner filed a Request for Certificate of Appealability (Filing No. 19) in this Court, again asking that the Eighth Circuit issue a certificate of appealability.

Petitioner also filed a Notice of Appeal (Filing No. 20) regarding the Court's April 8, 2025 summary judgment order on March 6, 2026.  Petitioner did not pay the appellate filing fee, nor did he file a motion to proceed in forma pauperis.  Because Plaintiff has not previously been granted leave to proceed in forma pauperis ("IFP") in this case, the Court entered an order directing Petitioner to either submit the filing and docket fees to the Clerk of Court or request to proceed in forma pauperis within thirty days on March 13, 2026.  (Filing No. 23) Thirty days have now passed, and Petitioner has not done either of the things directed by the Court.

Pursuant to Federal Rule of Appellate Procedure 24(a), a party who desires to appeal IFP must file a motion, along with an affidavit that (1) shows in detail the party's inability to pay or give security for fees and costs; (2) claims an entitlement to redress; and (3) states the issues that the party intends to present on appeal.  Fed. R. App. P. 24(a).  Defendant has not filed a motion to proceed IFP, nor has he submitted the paperwork required by Rule 24.

Accordingly,

**IT IS ORDERED** that Defendant will not be permitted to proceed IFP on appeal.  The Clerk of Court shall terminate the Request for Certificate of Appealability (Filing No. 19) pending before this Court and forward the document to the Eighth Circuit Court of Appeals.

Dated this 29th day of April, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge

2